CLARETTE LEMONIOUS *v.* J. WILLIAM BURNS,
COMMISSIONER OF TRANSPORTATION, ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 27 Conn. App. 734, is denied.

*Louis B. Blumenfeld,* in support of the petition.

*Allisan Lee Adams,* in opposition.

Decided September 17, 1992

HOUSING AUTHORITY OF THE CITY OF STAMFORD *v.*
FRITZ LAMOTHE ET AL.

The defendant Lucienne Lamothe's petition for certification for appeal from the Appellate Court, 27 Conn. App. 755, is granted, limited to the following issue:

"In the circumstances of this case, was the trial court required to hold an evidentiary hearing on the defendant's motion to open a stipulated judgment for summary process?"

*Dennis J. O'Brien,* in support of the petition.

*Mark H. Henderson,* in opposition.